UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Eric M Blair  
    Kanesha T Blair  
        Debtor(s)

Case No. 11 B 42474

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/19/2011.

2) The plan was confirmed on 01/30/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/30/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/18/2012.

5) The case was Dismissed on 08/29/2012.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $15,519.16 | |
| Less amount refunded to debtor | $455.77 | |
| **NET RECEIPTS:** | | **$15,063.39** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,536.32 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $607.57 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$2,143.89** |

Attorney fees paid and disclosed by debtor:   $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC Consumer Finance | Unsecured | 14,000.00 | NA | NA | 0.00 | 0.00 |
| ADT Security Systems | Unsecured | 1,772.60 | 752.95 | 752.95 | 0.00 | 0.00 |
| ADT Security Systems | Unsecured | NA | 999.52 | 999.52 | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| AFCS | Unsecured | 97.95 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 11,088.90 | NA | NA | 0.00 | 0.00 |
| American Express | Unsecured | 39.75 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 202.30 | 202.30 | 202.30 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | NA | 348.73 | 348.73 | 0.00 | 0.00 |
| American Surgeon Group | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| Anesthesia Advocates PC | Unsecured | 2,678.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Bako Pathology | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| Blatt Hasenmiller Leibsker & Moore LLC | Unsecured | 1,393.00 | NA | NA | 0.00 | 0.00 |
| Boyajian Law Offices | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Boyajian Law Offices | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Boyajian Law Offices | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| Boyajian Law Offices | Unsecured | 3,525.00 | NA | NA | 0.00 | 0.00 |
| Boyajian Law Offices | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | NA | 15,937.63 | 15,937.63 | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 1,376.00 | 2,454.91 | 2,454.91 | 0.00 | 0.00 |
| CCA | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 1,134.66 | NA | NA | 0.00 | 0.00 |
| Christ Hospital | Unsecured | 3,141.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,041.57 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 620.00 | 728.60 | 728.60 | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,104.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 557.64 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| City Of Chicago Dept Of Revenue | Unsecured | 1,548.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Heights | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Heights | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 929.88 | 2,662.20 | 2,662.20 | 0.00 | 0.00 |
| Cook County Dept Of Revenue | Priority | 38.28 | 432.64 | 432.64 | 0.00 | 0.00 |
| Creditors Collection Bur | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 2,377.00 | NA | NA | 0.00 | 0.00 |
| EBSCO Industries Inc | Unsecured | 36.97 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 887.00 | NA | NA | 0.00 | 0.00 |
| Forest South Animal Hopital | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Alliance | Unsecured | 4,453.99 | NA | NA | 0.00 | 0.00 |
| Franklin Collection | Unsecured | 125.28 | NA | NA | 0.00 | 0.00 |
| G & J Auto Services Inc | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| G & J Auto Services Inc | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| G & J Auto Services Inc | Secured | 10,000.00 | 5,550.00 | 5,550.00 | 958.05 | 150.55 |
| G & J Auto Services Inc | Secured | 9,000.00 | 7,550.00 | 7,550.00 | 1,303.30 | 204.80 |
| Gary E Jagmin | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| Gary E Jagmin | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| Gary E Jagmin | Unsecured | 581.00 | NA | NA | 0.00 | 0.00 |
| Global Payments | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Global Payments | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| Global Payments | Unsecured | 3,525.00 | 2,025.00 | 2,025.00 | 0.00 | 0.00 |
| Guaranty Bank | Unsecured | 397.10 | NA | NA | 0.00 | 0.00 |
| H & F Law | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 728.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 515.00 | 125.28 | 125.28 | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Human Services | Unsecured | 1,467.00 | 1,467.00 | 1,467.00 | 0.00 | 0.00 |
| Illinois State Tollway | Unsecured | 354.80 | 1,051.80 | 1,051.80 | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 4,040.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway Authority | Unsecured | 2,185.30 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway Authority | Unsecured | 104.80 | NA | NA | 0.00 | 0.00 |
| Intergovernmental Risk Management | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| International Check Service | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| International Check Service | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| Invoice Audit Service | Unsecured | 38.56 | NA | NA | 0.00 | 0.00 |
| JC Penney/Gemb | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| Kanuru Interventional S & P Ins | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Kidanu Birhanu MD SC | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| Lansing Police & Fire Department | Unsecured | 478.00 | NA | NA | 0.00 | 0.00 |
| Lease Finance Group | Unsecured | 372.52 | 2,128.67 | 2,128.67 | 0.00 | 0.00 |
| Linebarger Goggan Blair & Simpson | Unsecured | 39.94 | NA | NA | 0.00 | 0.00 |
| Litton Loan Servicing | Secured | 125,368.05 | 19,853.00 | 19,853.00 | 233.48 | 0.00 |
| Litton Loan Servicing | Secured | 125,368.05 | 105,515.05 | 0.00 | 10,069.32 | 0.00 |
| Malcolm S Gerald & Assoc | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Matteson Police Dept | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MB Financial | Unsecured | 276.82 | NA | NA | 0.00 | 0.00 |
| MB Financial | Unsecured | 915.50 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | NA | 490.77 | 490.77 | 0.00 | 0.00 |
| Midwest Physician Group | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| Mutual Hospital Services/Alverno | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| Mutual Hospital Services/Alverno | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 896.85 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Nationwide Collection Inc | Unsecured | 60.39 | NA | NA | 0.00 | 0.00 |
| NDC Check Services | Unsecured | 3,525.00 | NA | NA | 0.00 | 0.00 |
| NDC Check Services | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 5,500.00 | 3,210.70 | 3,210.70 | 0.00 | 0.00 |
| Nuvell Credit Company LLC | Unsecured | 18,673.00 | 20,866.04 | 20,866.04 | 0.00 | 0.00 |
| Orland Park Police Department | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 91.00 | 91.64 | 91.64 | 0.00 | 0.00 |
| Pathology Consultants Inc | Unsecured | 9.67 | NA | NA | 0.00 | 0.00 |
| Peter Vucha | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Preventive Pediatrics | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 1,025.07 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 690.60 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 38.56 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 634.50 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | 3,278.00 | 3,278.00 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 10,000.00 | 19,781.82 | 19,781.82 | 0.00 | 0.00 |
| Rickover Jr High School | Unsecured | 250.80 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 1,066.65 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 1,561.28 | NA | NA | 0.00 | 0.00 |
| Rolling Service Bureau | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Sandhya Donopudi MD | Unsecured | 8.67 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 944.26 | NA | NA | 0.00 | 0.00 |
| Sisters Of St Francis Health Services | Unsecured | 641.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 1,476.00 | 2,118.70 | 2,118.70 | 0.00 | 0.00 |
| St Francis Hospital | Unsecured | 643.00 | NA | NA | 0.00 | 0.00 |
| St James Hospital | Unsecured | 6,231.75 | NA | NA | 0.00 | 0.00 |
| St Margaret Mercy Healthcare | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| TCF Financial Services | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| Terminix International | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| UIC Medical Center | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| United Tranzaction LLC | Unsecured | 759.15 | NA | NA | 0.00 | 0.00 |
| Victoria Finley | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Village of Ford Heights | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Village of Ford Heights | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village of Park Forest | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village of Park Forest | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| Village of Park Forest | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village of Sauk Village | Unsecured | 133.91 | NA | NA | 0.00 | 0.00 |
| Village of Sauk Village | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Sauk Village | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Sauk Village | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Sauk Village | Secured | 116.36 | 116.36 | 116.36 | 0.00 | 0.00 |
| Village of Sauk Village | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Sauk Village | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Sauk Village | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Village Of Steger | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Walmart | Unsecured | 354.00 | 410.00 | 410.00 | 0.00 | 0.00 |
| World Data Systems | Unsecured | 89.90 | NA | NA | 0.00 | 0.00 |
| Zales | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $10,069.32 | $0.00 |
|    Mortgage Arrearage | $19,853.00 | $233.48 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $13,216.36 | $2,261.35 | $355.35 |
| **TOTAL SECURED:** | **$33,069.36** | **$12,564.15** | **$355.35** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $432.64 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$432.64** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$81,132.26** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
|    Expenses of Administration | $2,143.89 |
|    Disbursements to Creditors | $12,919.50 |
| **TOTAL DISBURSEMENTS:** | **$15,063.39** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/30/2013                        By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**